**FILED**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

AUG 2 7 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>V.<br><br>MITCHELL STEPHEN DAILEY,<br><br>                              Defendant. | **CRIMINAL NO.**<br>**INDICTMENT** **MO 14 CR - 218**<br><br>[Vio: 18 U.S.C. § 2251(a) -<br>**Attempted Production of Child Pornography;**<br>18 U.S.C. § 2422(b) –<br>**Attempted Enticement of a Child;**<br>18 U.S.C. § 1470 –<br>**Sending Obscene Material to Child Under 16]** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § 2251(a)]**

That from on or about June 9, 2014 to on or about July 3, 2014, in the Western District of

Texas, the Defendant,

**MITCHELL STEPHEN DAILEY,**

did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually

explicit conduct for the purpose of producing a visual depiction of such conduct, using materials

that have been mailed, shipped, and transported in and affecting interstate and foreign commerce

by any means, including by computer, in violation of Title 18, United States Code, § 2251(a).

**COUNT TWO**
**[18 U.S.C. § 2422(b)]**

That from on or about June 9, 2014 to on or about July 3, 2014, in the Western District of

Texas, the Defendant,

**MITCHELL STEPHEN DAILEY,**

did use a facility of interstate and foreign commerce, to wit: a cellular telephone and the internet, to

knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18

years to engage in sexual activity for which **MITCHELL STEPHEN DAILEY** could be

prosecuted under Texas Penal Code Section 43.25 – Sexual Performance by a Child and Texas

Penal Code Section 21.11(a)(1) – Indecency with Child-Sexual Contact, all in violation of Title 18,

United States Code, Section 2422(b).

## COUNT THREE
### [18 U.S.C. § 1470]

That on or about July 3, 2014, in the Western District of Texas, the Defendant,

**MITCHELL STEPHEN DAILEY,**

did use a facility of interstate and foreign commerce, to wit: a cellular telephone and the internet, to

knowingly transfer obscene matter to another individual who had not attained the age of 16 years,

knowing that such other individual had not attained the age of 16 years, in violation of Title 18,

United States Code, § 1470.

A TRUE BILL

Original signed by the
foreperson of the Grand Jury

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

AUSTIN M. BERRY
Assistant United States Attorney

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MO14CR-218**

| | | |
|---|---|---|
| Unsealed | | |
| COUNTY: Ector | DIVISION:  MIDLAND/ODESSA | JUDGE: |
| DATE: August 27, 2014 | MAG CT #: MO-14-MJ-294 | FBI #: |
| CASE NO: MO-14-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: Mitchell Stephen Dailey | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP:           INTERPRETER NEEDED     LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>Jeffrey Parras<br>908 West Wall Street<br>Midland, TX 79701<br>(432) 687-1606<br>jparras@parraslaw.net | | |
| DEFENDANT IS: Bond | | |
| DATE OF ARREST: July 8, 2014 | | BENCH WARRANT:  XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE:  No | | |
| PROSECUTION BY:   Indictment | | |
| OFFENSE (Code and Description):   Ct. 1 – 18 USC 2251(a) – Attempted Production of child pornography; Ct. 2 – 18 USC 2422(b) – Attempted Enticement of a Child; Ct. 3 – 18 USC 1470 – Transfer Obscene Material to Child Under 16 | | |
| OFFENSE IS:   FELONY | | |
| MAXIMUM SENTENCE:   Ct. 1 - A minimum mandatory term of imprisonment of 15 years, not to exceed 30 years; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment; Ct. 2 - A minimum mandatory term of imprisonment of 10 years, not to exceed life; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment; Ct. 3 - A term of imprisonment not to exceed 10 years; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY:  As stated above. | | |
| REMARKS:  AGENT:<br>Brian Burney, Texas Rangers | | |

WDT-Cr-3